# STATE OF WEST VIRGINIA

## SUPREME COURT OF APPEALS

**FILED**

February 7, 2013
RORY L. PERRY II, CLERK
SUPREME COURT OF APPEALS
OF WEST VIRGINIA

**TONYA J. COPPA,**
**Claimant Below, Petitioner**

**vs.)    No. 12-0996**  (BOR Appeal No. 2046863)
(Claim No. 2008043437)

**WEST VIRGINIA OFFICE OF**
**INSURANCE COMMISSIONER**
**Commissioner Below, Respondent**

**and**

**PANHANDLE SUPPORT SERVICES, INC.,**
**Employer Below, Respondent**


## MEMORANDUM DECISION

Petitioner Tonya J. Coppa, by M. Jane Glauser, her attorney, appeals the decision of the West Virginia Workers' Compensation Board of Review. Panhandle Support Services, Inc., by Lucinda Fluharty, its attorney, filed a timely response.

This appeal arises from the Board of Review's Final Order dated July 31, 2012, in which the Board affirmed a January 6, 2012, Order of the Workers' Compensation Office of Judges. In its Order, the Office of Judges denied a request for attorney's fees, finding that the claims administrator's denial of a psychiatric consultation was not unreasonable. The Court has carefully reviewed the records, written arguments, and appendices contained in the briefs, and the case is mature for consideration.

This Court has considered the parties' briefs and the record on appeal. The facts and legal arguments are adequately presented, and the decisional process would not be significantly aided by oral argument. Upon consideration of the standard of review, the briefs, and the record presented, the Court finds no substantial question of law and no prejudicial error. For these reasons, a memorandum decision is appropriate under Rule 21 of the Rules of Appellate Procedure.